UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. S-09-155 EJG |
| v. | ) |
| | ) |
| MANUEL KEITH VASQUEZ | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum        () Ad Testificandum

Name of Detainee: MANUEL KEITH VASQUEZ
Detained at (custodian): Placer County Jail

Detainee is:   a.)   (X) charged in this district by: (X) Indictment () Information () Complaint
           charging detainee with: <u>Possession of One or More Matters Containing Visual Depictions of Minors Engaged in Sexually Explicit Conduct</u>
   or   b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   () return to the custody of detaining facility upon termination of proceedings
   or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on APRIL 14, 2009 at 2:00 P.M. in the Eastern District of California.*

        Signature:        /s/ Laurel D. White
        Printed Name & Phone No:   LAUREL D. WHITE - 916-554-2700
        Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum        () Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on APRIL 14, 2009 at 2:00 P.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 4/6/09

                   _____
                   United States Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male   Female |
| Booking or CDC #: | P00076617/0901415# | DOB: |
| Facility Address: | 2755 Richardson Drive | Race: |
| | Auburn, CA 95603 | FBI #: |
| Facility Phone: | (530) 745-8500 | |
| Currently Incarcerated For: | Possession of child pornography and probation violation | |

### RETURN OF SERVICE

Executed on _____     By: _____
                   (Signature)