```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, Bar #250376
    Assistant Federal Defender
 3  801 I Street, 3rd. Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MANUEL KEITH VASQUEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-155 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| MANUEL KEITH VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on May 1, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 1, 2009, be continued until June 5, 2009. In addition, the parties stipulate that the time period from May 1, 2009, to June 5, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: April 21, 2009

                Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL BRODERICK |
| Acting United States Attorney | Federal Defender |
| | |
| /s/ Lexi Negin for | /s/ Lexi Negin |
| LAUREL WHITE | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Manuel Keith Vasquez |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-155 EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MANUEL KEITH VASQUEZ, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on April 21, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for May 1, 2009, be vacated and that the case be set for Friday, June 5, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 21, 2009 stipulation, the time under the Speedy Trial Act is excluded from May 1, 2009, through June 5, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 21, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE