IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 29 2009

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-09-155 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) ~~PROPOSED~~ ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MANUEL KEITH VASQUEZ, | ) |
| Defendant. | ) |

For the reasons set forth in the stipulation of the parties, filed on May 27, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for June 5, 2009, be vacated and that the case be set for Friday, August 7, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 27, 2009 stipulation, the time under the Speedy Trial Act is excluded from June 5, 2009, through August 7, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 29, 2009

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2