```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL KEITH VASQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MANUEL KEITH VASQUEZ, )<br>)<br>Defendant. ) | CASE NO. CR-S-09-155 EJG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

    This case is currently scheduled for a status hearing on August 7, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 7, 2009, be continued for status conference and change of plea until August 21, 2009. In addition, the parties stipulate that the time period from August 7, 2009, to August 21, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

1

DATED: August 3, 2009

                Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>Acting United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for<br>LAUREL WHITE<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Manuel Keith Vasquez |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. CR-S-09-155 EJG |
| )                                                     | |
| Plaintiff,      ) | |
| ) | |
| v.                                        ) | PROPOSED ORDER CONTINUING STATUS |
| )                                                     | HEARING AND EXCLUDING TIME |
| )                                                     | PURSUANT TO THE SPEEDY TRIAL ACT |
| MANUEL KEITH VASQUEZ,      ) | |
| ) | |
| Defendant.      ) | |

For the reasons set forth in the stipulation of the parties, filed on August 3, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for August 7, 2009, be vacated and that the case be set for status conference and change of plea on Friday, August 21, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 3, 2009 stipulation, the time under the Speedy Trial Act is excluded from August 7, 2009, through August 21, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 3, 2009          /s/ Edward J. Garcia
                                               EDWARD J. GARCIA
                                               UNITED STATES DISTRICT JUDGE

2