DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL KEITH VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL KEITH VASQUEZ, <br><br> Defendant. | CASE NO. CR-S-09-155 EJG <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

This case is currently scheduled for a status hearing on August 21, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 21, 2009, be continued for status conference and change of plea until August 28, 2009. In addition, the parties stipulate that the time period from August 21, 2009, to August 28, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: August 20, 2009

Respectfully submitted,

LAWRENCE G. BROWN                                        DANIEL BRODERICK
Acting United States Attorney                            Federal Defender


 /s/ Lexi Negin for                                       /s/ Lexi Negin
LAUREL WHITE                                             LEXI NEGIN
Assistant U.S. Attorney                                  Assistant Federal Defender
Attorney for United States                               Attorney for Manuel Keith Vasquez

    For the reasons set forth in the stipulation of the parties, filed on August 20, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for August 21, 2009, be vacated and that the case be set for status conference and change of plea on Friday, August 28, 2009, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 20, 2009 stipulation, the time under the Speedy Trial Act is excluded from August 21, 2009, through August 28, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   August 20, 2009                                 /s/ Edward J. Garcia
                                                         SR. U. S. DISTRICT JUDGE

1