**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*                    (916) 498-5700  Fax: (916) 498-5710                    *Linda C. Harter*
*Federal Defender*                                                                              *Chief Assistant Defender*

# M E M O R A N D U M
### *As Modified.

DATE:        September 30, 2009

TO:          Colleen Lydon, Courtroom Clerk to the
             Honorable Edward J. Garcia

FROM:        Lexi Negin, Assistant Federal Defender

SUBJECT:     United States v. Manuel K. Vasquez
             Cr.S. 09-00155 EJG

---

This Memorandum will confirm that the parties have agreed to continue Judgment and Sentencing presently scheduled for November 13, 2009, to February 5, 2010.  The reason for the continuance is because respective counsel is in the process of obtaining records relevant for sentencing and will need more time.  The new PSR schedule is as follows:

Proposed Pre-Sentence Report shall be disclosed to
counsel by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  December 25, 2009

Counsel's written objections shall be due by . . . . . . . . . . . . . . .  January 8, 2010

Pre-Sentence Report shall be filed with the Court and
Disclosed to Counsel by . . . . . . . . . . . . . . . . . . . . . . . . . . . .  January 15, 2010

Motion for Correction shall be due by . . . . . . . . . . . . . . . . . . .  January 22, 2010

Reply or statement of non-opposition shall be due by . . . . . . .  January 29, 2010

Judgment and Sentencing . . . . . . . . . . . . . . . . . . . . . . . . . . .  **\*February 5, 2010,**
                                                                              **at 10:00 a.m.**

All parties **including the courtroom clerk** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: September 30, 2009


                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge

cc:   Brenda Barron-Harrell, USPO