**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M & ORDER THEREON

DATE:        January 12, 2010

TO:            Colleen Lydon, Courtroom Clerk to the
                  Honorable Edward J. Garcia

FROM:      Lexi Negin, Assistant Federal Defender

SUBJECT:  United States v. Manuel K. Vasquez
                  Cr.S. 09-00155 EJG

---

      This Memorandum will confirm that the parties have agreed to continue Judgment and Sentencing presently scheduled for February 5, 2010, to March 12, 2010.  I have corresponded with Assistant U.S. Attorney Laurel White and U.S. Probation Officer Brenda Barron-Harrell, and both parties concur with the request.  The PSR disclosure dates will change as follows:

      Counsel's written objections shall be due by . . . . . . . . . . . . . . February 12, 2010

      Pre-Sentence Report shall be filed with the Court and
      Disclosed to Counsel by  . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 19, 2010

      Motion for Correction shall be due by  . . . . . . . . . . . . . . . . . . . February 26, 2010

      Reply or statement of non-opposition shall be due by . . . . . . . . . . March 5, 2010

      Judgment and Sentencing . . . . . . . . . . . . . . . . . . . . . . . . . . . . **March 12, 2010,**
                                                                                                                           **at 10:00 a.m.**

      Thank you for your attention to this matter.  Please contact me with any questions or concerns.

**IT IS SO ORDERED**.

Dated: January 12 , 2010

                                           /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           United States District Judge

cc:    Brenda Barron-Harrell, USPO