**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M & ORDER

DATE:    February 17, 2010

TO:    Colleen Lydon, Courtroom Clerk to the
       Honorable Edward J. Garcia

FROM:    Lexi Negin, Assistant Federal Defender

SUBJECT:    United States v. Manuel K. Vasquez
            Cr.S. 09-00155 EJG

---

This Memorandum will confirm that the parties have agreed to continue Judgment and Sentencing presently scheduled for March 12, 2010, to April 2, 2010.  I have corresponded with Assistant U.S. Attorney Laurel White and U.S. Probation Officer Brenda Barron-Harrell, and both parties concur with the request.  The PSR disclosure dates will change as follows:

Counsel's written objections shall be due by . . . . . . . . . . . . . . . . . March 5, 2010

Pre-Sentence Report shall be filed with the Court and
Disclosed to Counsel by  . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 12, 2010

Motion for Correction shall be due by  . . . . . . . . . . . . . . . . . . . . March 19, 2010

Reply or statement of non-opposition shall be due by . . . . . . . . . March 26, 2010

Judgment and Sentencing . . . . . . . . . . . . . . . . . . . . . . . . . . . **April 2, 2010,
                                                                                  at 10:00 a.m.**

Thank you for your attention to this matter.  Please contact me with any questions or concerns.

**IT IS SO ORDERED**.

Dated: February 17 , 2010

                                                   /s/ Edward J. Garcia
                                                   EDWARD J. GARCIA
                                                   United States District Judge

cc:    Brenda Barron-Harrell, USPO