1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Executive Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2780

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    CR. No.09-155-EJG
                                     )
11               Plaintiff,          )    STIPULATION AND ~~PROPOSED~~ ORDER
                                     )    CONTINUING SENTENCING
12       v.                          )
                                     )
13  MANUEL VASQUEZ,                  )
                                     )
14               Defendant.          )    DATE: May 7, 2010
    _____ )    TIME: 10:00 a.m.
15                                        COURT: Hon. Edward J. Garcia

16

17       This case is currently scheduled for sentencing on

18  April 2, 2010.  The parties have conferred and agree that

19  additional time is needed to resolve one remaining sentencing issue

20  prior to the imposition of the defendant's sentence.  The issue

21  relates to restitution.  Specifically, the defense has requested

22  that the government's forensic expert who analyzed the defendant's

23  computer, identify where on the defendant's computer – in what

24  folder or location on the hard drive - the analyst found images

25  depicting a known and previously identified child who has filed a

26  claim against Mr. Vasquez for restitution.  This information was not

27  previously provided during the summary analysis by the forensic

28  expert.

                                    1

The defendant has indicated he will stipulate to the payment of restitution to this victim, provided the evidence shows he knowingly possessed the images of this minor female.  Such knowing possession can be demonstrated if the images were placed in user-created folders or had not been deleted from the defendant's hard drive.[1]

The government believes that defendant's request for such information is reasonable, and joins in a continuance of the sentencing in order to address this remaining issue.

On March 25, 2010, the undersigned government counsel called the forensic examiner and asked how much time she would need to conduct the analysis requested by the defense.  The analyst said she likely would be able to provide the requested information by April 5, 2010.  According to this court's courtroom clerk, May 7, 2010, was the earliest possible date to place this matter back on calendar.  Therefore, the undersigned parties respectfully request that the defendant's sentencing be continued to May 7, 2010.

DATED: May 25, 2010        BENJAMIN B. WAGNER
                           United States Attorney

                      By: /s/ Laurel D. White
                           LAUREL D. WHITE
                           Executive Assistant U.S. Attorney

                           DANIEL BRODERICK
                           Federal Defender

                      By: /s/ Laurel White for
                           LEXI NEGIN
                           Assistant Federal Defender

---

[1]The defendant had a very large collection of images and cannot currently recall all of the images he possessed.

2

## ORDER

For the reasons set forth in the stipulation of the parties, filed March 25, 2010, IT IS HEREBY ORDERED THAT the Sentencing Hearing scheduled for April 2, 2010, be vacated and that the sentencing be rescheduled for May 7, 2010.


DATED: 3/26/2010

/s/ Edward J. Garcia
Honorable Edward J. Garcia
Senior U.S. District Judge

3