1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700



5
6
7
8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,       )    2:09-CR-00155-EJG
                                    )
12           Plaintiff,             )    FINAL ORDER OF FORFEITURE
                                    )
13       v.                         )
                                    )
14  MANUEL KEITH VASQUEZ,           )
                                    )
15           Defendant.             )
                                    )
16
17      WHEREAS, on or about October 5, 2009, this Court entered a

18  Preliminary Order of Forfeiture pursuant to the provisions of 18

19  U.S.C. § 2253, based upon the plea agreement entered into between

20  plaintiff and defendant Manuel Keith Vasquez forfeiting to the

21  United States the following property:

22           a)   Compaq desktop computer, SN 3CR8100NCB;
             b)   Seagate hard drive, SN 6RY50XX0;
23           c)   Maxtor hard drive, SN L50GP56H;
             d)   Maxtor hard drive, SN 33P3368;
24           e)   Maxtor hard drive, SN Y328W6YE; and
             f)   Sansa SanDisk 4GB MP3Player.
25
26      AND WHEREAS, beginning on October 10, 2009, for at least 30

27  consecutive days, the United States published notice of the

28  Court's Order of Forfeiture on the official internet government

                                    1         Final Order of Forfeiture

1 │ forfeiture site www.forfeiture.gov.  Said published notice
2 │ advised all third parties of their right to petition the court
3 │ within sixty (60) days from the first day of publication of the
4 │ notice for a hearing to adjudicate the validity of their alleged
5 │ legal interest in the forfeited property;

6 │ AND WHEREAS, the Court has been advised that no third party
7 │ has filed a claim to the subject property, and the time for any
8 │ person or entity to file a claim has expired.

9 │ Accordingly, it is hereby ORDERED and ADJUDGED:

10 │ 1.  A Final Order of Forfeiture shall be entered forfeiting
11 │ to the United States of America all right, title, and interest in
12 │ the above-listed property pursuant to 18 U.S.C. § 2253, to be
13 │ disposed of according to law, including all right, title, and
14 │ interest of Manuel Keith Vasquez.

15 │ 2.  All right, title, and interest in the above-listed
16 │ property shall vest solely in the United States of America.

17 │ 3.  The U.S. Department of Homeland Security, Customs and
18 │ Border Protection shall maintain custody of and control over the
19 │ subject property until it is disposed of according to law.

20 │ SO ORDERED this _8ᵗʰ_ day of _J-ly_____, 2010.

21 │
22 │
23 │                                EDWARD J. GARCIA
                                   United States District Judge
24 │
25 │
26 │
27 │
28 │

2                          Final Order of Forfeiture