PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL KEITH VASQUEZ,<br><br>Defendant. | CASE NO. 2:09-CR-00155-KJM<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On April 28, 2023, the Government requested an extension of time to June 6, 2023, to file its response to the defendant's *pro se* compassionate release motion. Docket No. 46.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due June 6, 2023.

Dated: May 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE