HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
MANUEL KEITH VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00155 KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE** |
| v. | |
| MANUEL KEITH VAQUEZ, | |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America, by and through KATHERINE T. LYDON, Assistant United States Attorney, and defendant MANUEL KEITH VASQUEZ, by and through his counsel, ANN C. M<sup>c</sup>CLINTOCK, Assistant Federal Defender, that the following briefing schedule be set to give the parties sufficient time to obtain and review needed records.  This additional time is requested due to delays experienced by the defense in scheduling a legal call with the defendant and the resulting need to provide additional follow-up work.

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 46, or Notice of not filing such a brief, shall be filed by

/ / / /

-1-

July 13, 2023.  The government's Response shall be filed by August 10, 2023. Defendant's Reply shall be filed by August 24, 2023.

DATED: June 21, 2023  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender
Attorney for Defendant
MANUEL KEITH VASQUEZ

DATED: June 21, 2023  PHILLIP A. TALBERT
United States Attorney

*s/ Katherine T. Lydon*
KATHERINE T. LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

DATED: June 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE